**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

KEITH J. POWELL,
    Plaintiff,

vs.                               Case No. 3:07cv160/MCR/EMT

D. ELLIS, et al.,
    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 3, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's second amended complaint is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this 7th day of September, 2007.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS
                                UNITED STATES DISTRICT JUDGE**